S. LANE TUCKER
United States Attorney

CHRISTOPHER D. SCHROEDER
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, Alaska 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
Email: christopher.schroeder@usdoj.gov

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>  vs.<br><br>AMBER TWEET,<br><br>            Defendants. | No. 3:23-cr-00051-17-RRB-KFR |

**MOTION TO DISMISS INDICTMENT AS TO DEFENDANT AMBER TWEET**

COMES NOW the United States of America, by and through undersigned counsel, and hereby respectfully moves to dismiss the indictment as to Defendant Amber Tweet, pursuant to Fed. R. Crim. P. 48(a).

On January 9, 2024, the Court ordered Defendant Amber Tweet released, over the Government's repeated objections, to The Daniel House, an apartment building in

Anchorage. On Saturday, January 20, Ms. Tweet was found dead of an apparent drug overdose in The Daniel House.

Accordingly, the Government moves to dismiss the First Superseding Indictment as to Ms. Tweet.

RESPECTFULLY SUBMITTED this 20th day of January 2024, in Anchorage, Alaska.

S. LANE TUCKER
United States Attorney

*s/ Christopher D. Schroeder*
CHRISTOPHER D. SCHROEDER
Assistant U.S. Attorney
United States of America

**CERTIFICATE OF SERVICE**

I hereby certify that on January 20, 2024, the foregoing document was served via the CM/ECF system to the following case participants:

All Counsel of Record

*/s/ Christopher D. Schroeder*
Assistant United States Attorney

*U.S. v. Amber Tweet*
No. 3:23-cr-00051-17-RRB-KFR    2 of 2
Case 3:23-cr-00051-RRB-KFR   Document 343   Filed 01/20/24   Page 2 of 2